David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage, AK 99503
(907) 248-8431
Attorney for Debtor


Filed on 9/23/2009

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In Re: )
)
DUKE INVESTMENTS, LLC, ) Case No. A-09-00631-HAR
d/b/a Chili's Grill & Bar, )
) Chapter 11
)
                         Debtor. )
_____ )

**ORDER ON DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

On September 21, 2009 this Court held a hearing on the Debtor's emergency motion for use of cash collateral. David H. Bundy appeared for the Debtor; Gary Spraker appeared for DiTomaso, Inc.; Michael Parise appeared for Brinker International, and Jeffrey Misley appeared telephonically for Food Services of America Inc. For the reasons stated on the record, the Court orders:

1. The hearing is continued to October 1, 2009 at 2:00 p.m.

2. On or before September 29, 2009 the Debtor shall file a further motion for use of cash collateral covering the period through December 31, 2009. The motion shall comply with AK LBR 4001-2.

3. Pending the October 1 hearing, the Debtor is authorized to use funds for the following purposes:

| | |
|---|---|
| Food | $192,214 |
| Liquor and non-alcoholic beverages | $31,266 |
| Linen | $1,432 |
| Repairs & Maintenance | $2,160 |
| Supplies, Misc. | $5,070 |
| AICO | $510 |
| Blue Cross | $2,800 |
| Sales Taxes | $10,000 |

4. If the Debtor believes that its insurance coverage or utility service will be terminated if does not pay an applicable expense before the next hearing, then it may bring the matter before the Court on 24 hours notice.

5. Nothing in this Order shall be interpreted to alter the rights of DiTomaso, Inc, or Food Services of America Inc. under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499 et. seq., or their claims under 11 U.S.C. § 503 (b)(9).

6. Venture Bank and the PACA creditors shall receive, retroactive to the petition date, security interests in all of their collateral or trust property acquired post-petition by the Debtor, to the extent necessary to replace any of their cash collateral or trust property consumed by the Debtor.

DATED this 23rd day of September, 2009.

    /s/ Herb Ross
Herbert A. Ross
U. S. Bankruptcy Judge

Approved:

David H. Bundy PC
Attorney for Debtor

/s/ David H. Bundy
David H Bundy

Sissman Shank LLP
Attorneys for FSA

  approved by email
Jeffrey C. Misley


Christianson & Spraker
Attorneys for DiTomaso, Inc.


  /s/ Gary A Spraker
Gary A. Spraker



Serve:
D. Bundy, Esq.
J. Misley, Esq.
G. Spraker, Esq.
U.S. Trustee
              09/23/09